# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA TOMASA PALACIOS,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; COSTCO WHOLESALE MEMBERSHIP, INC., a California Corporation,<br><br>Defendants. | Case No. 2:24-cv-10811 MWF (BFMx)<br><br>**ORDER REGARDING CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**<br><br>*Assigned to District Judge Michael W. Fitzgerald*<br><br>Discovery Cutoff: None Set<br>Motion Cutoff:    None Set<br>Trial Date:         None Set |

The Court approves the Stipulation entitled "CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER" filed on April 3, 2025.

DATED:  April  4 , 2025

_____
Hon. Brianna Fuller Mircheff
United States Magistrate Judge

1  Submitted by:

2  Lindy F. Bradley, Esq., State Bar No. 207533
    *lbradley@bgwlawyers.com*
3  Kathryn Canale, Esq., State Bar No. 195907
    *kcanale@bgwlawyers.com*
4  BRADLEY, GMELICH & WELLERSTEIN LLP
700 North Brand Boulevard, 10th Floor
5  Glendale, California 91203-1202
Telephone:  (818) 243-5200
6  Facsimile:    (818) 243-5266

7  Attorneys for Defendants, COSTCO WHOLESALE CORPORATION and COSTCO WHOLESALE MEMBERSHIP, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28